JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES RAYMOND ELLIS,

      Petitioner,

  v.

WARDEN FCI LOMPOC II,

      Respondent.

Case No. 2:25-cv-09875-JLS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice for failure to exhaust administrative remedies.

DATED:  June 24, 2026

_____

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE